604 A.2d 109

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
VINCENT C. JOHNSON, DEFENDANT–APPELLANT.

December 11, 1990.

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

604 A.2d 110

DOLLY BAYLOR, PETITIONER–RESPONDENT, v. NEW
JERSEY DEPARTMENT OF HUMAN SERVICES,
ETC., RESPONDENT–MOVANT.

December 24, 1990.

ORDER

Summary affirmance of the judgment of the Appellate Division, reported at 235 *N.J.Super.* 22, 561 *A.*2d 618 (1989), is granted. See *Sullivan v. Stroop*, 496 *U.S.* 478, 110 *S.Ct.* 2499, 110 L.Ed.2d 438 (1990).

604 A.2d 110

IN THE MATTER OF THE LOANS OF THE NEW JERSEY PROPER-
TY LIABILITY INSURANCE GUARANTY ASSOCIATION TO
THE NEW JERSEY AUTOMOBILE INSURANCE GUARANTY
FUND PURSUANT TO THE NEW JERSEY FAIR AUTOMOBILE
INSURANCE REFORM ACT OF 1990 (*L.* 1990, *c.* 8)

(NEW JERSEY PROPERTY LIABILITY INSURANCE GUARANTY
ASSOCIATION (NJ PLIGA), MOVANT).

January 4, 1991.

ORDER

Motion for direct certification is granted.